UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

 Plaintiff,

CASE NO. 8:05-cv-394-T-26EAJ

THE REAL PROPERTY, INCLUDING
ALL IMPROVEMENTS THEREON
AND APPURTENANCES THERETO,
LOCATED AT 1107 BLANCHE B
LITTLEJOHN TRAIL, CLEARWATER,
FLORIDA 33755, LEGALLY
DESCRIBED AS:  LOT 9, IN
UNNUMBERED BLOCK, PALM PARK,
ACCORDING TO THE PLAT THEREOF,
AS RECORDED IN PLAT BOOK 4,
PAGE 86, OF THE PUBLIC RECORDS
OF PINELLAS COUNTY, FLORIDA,

 Defendant.

## ORDER TO STRIKE ANSWER AND
## DEFAULT JUDGMENT OF FORFEITURE AS TO MARY STARKER

THIS CAUSE comes before the court on Motion of the United States to strike answer filed by Mary Starker and for entry of a Default Judgment of Forfeiture as to Mary Starker and the Court, having fully advised in the premises hereby finds as follows:

1. On March 2, 2005, the United States filed a Complaint for Forfeiture in Rem in the instant case, alleging that the defendant real property located at 1107 Blanche B. Littlejohn Trail, Clearwater, Florida 33755, legally described as follows:

> Lot 9, in Unnumbered Block, PALM PARK, according to the
> plat thereof as recorded in Plat Book 4, Page 86, of the
> Public Records of Pinellas County, Florida.
> Parcel I.D. (Folio) Number: 10 29 15 65 65718 000 0090

was used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of a violation of 21 U.S.C. § 801, et seq., punishable by imprisonment for more than one year, and, thus, is subject to forfeiture pursuant to the provisions of 21 U.S.C. § 881(a)(7).

2. On March 15, 2001, the Complaint for Forfeiture in Rem and Notice of Designation under Local Rule 3.05 was forwarded to be posted and served on defendant property, which was executed on March 30, 2005.

3. On April 4, 2005, the United States sent notice of the forfeiture, along with a copy of the Complaint, and Notice of Designation under Local Rule 3.05, via certified mail, return receipt requested, article number 7001 2510 0005 9936 5058, to Mary Starker at her last known address, 1107 Blanche B. Littlejohn Trail, Clearwater, Florida 33755. The United States received the certified mail, returned green card, which was signed by Comeisha Filed on April 5, 2005. A copy of the certified mail card, along with a copy of the accompanying letter, is attached hereto and fully incorporated herein by reference as Exhibit A.

4. Notice of the forfeiture and of the United States' intent to dispose of the property was published in the St. Petersburg Times, a newspaper of general circulation in Pinellas County, Florida, on March 30, 2005, April 6, 2005, and April 13, 2005, and in the Tampa Tribune, a newspaper of general circulation in Hillsborough County, Florida, on March 30, 2005, April 6, 2005, and April 13, 2005.

5. On May 9, 2005, Mary Starker filed a Statement of Right of Interest in the defendant property.

6. On June 13, 2005, the United States filed its Application and Motion for Clerk's Entry of Default Against Mary Starker as to Defendant real property located at

1107 Blanche B. Littlejohn Trail, Clearwater, Florida 33755 for failure to file a verified claim within the time prescribed by law. On June 15, 2005 the Court entered an Entry of Default.

7.   On June 17, 2005, Mary Starker filed a Notice of Interested Party, Interested Party Answer to Complaint and Motion for Extension of Time.

8.   On June 20, 2005 the Court Denied Mary Starker's Motion for Extension of Time.

Accordingly, it is **HEREBY ORDERED, ADJUDGED and DECREED**

That the pleading entitled "Interested Party Answer to Verified Complaint for Forfeiture In Rem" filed on June 17, 2005 by Mary Starker be stricken as untimely.

**ORDERED, ADJUDGED** and **DECREED** that all right, title, and interest of claimant Mary Starker in the real property located at 1107 Blanche B. Littlejohn Trail, Clearwater, Florida 33755 are hereby CONDEMNED and FORFEITED to the United States of America pursuant to the provisions of 21 U.S.C. § 881.

The Court shall retain jurisdiction to enter any orders necessary for the forfeiture and disposition of these assets, and to entertain third party claims that are asserted in these proceedings.

**DONE** and **ORDERED** in chambers in Tampa, Florida, this 27 day of July, 2005.

UNITED STATES DISTRICT JUDGE

Copies to:   Tonya L. Shotwell
             Assistant U.S. Attorney