UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CASE NO. 8:05-cv-394-T-26EAJ |
| THE REAL PROPERTY, INCLUDING ALL IMPROVEMENTS THEREON AND APPURTENANCES THERETO, LOCATED AT 1107 BLANCHE B LITTLEJOHN TRAIL, CLEARWATER, FLORIDA 33755, LEGALLY DESCRIBED AS: LOT 9, IN UNNUMBERED BLOCK, PALM PARK, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 4, PAGE 86, OF THE PUBLIC RECORDS OF PINELLAS COUNTY, FLORIDA, | : |
| Defendant. | : |

## ORDER OF EVICTION

THIS CAUSE comes before the Court upon the filing of the Motion of the United States of America for Order of Eviction as to any and all tenants occupying real property located at 1107 Blanche B. Littlejohn Trail, Clearwater, Florida 33755, pursuant to 28 U.S.C. § 1651. The Court, being fully advised in the premises, hereby finds that the United States has established probable cause for an order of eviction.

Accordingly, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the United States' motion is GRANTED.

It is further ORDERED that any and all tenants residing at 1107 Blanche B.

Littlejohn Trail, Clearwater, Florida 33755 are ordered to vacate and remove all personal effects from said premises within thirty days of this order. If any person occupying the realty fails or refuses to leave and vacate the realty by the time specified in this order, the U.S. Marshals Service and their deignees are authorized and directed to take all actions that are reasonably necessary to bring about the ejectment of those persons. If any person fails or refuses to remove his or her personal property from the realty by the time specified herein, the property remaining on the realty thereafter is deemed forfeited and abandoned, and the United States Marshals Service is authorized to remove it and dispose of it in any manner the United States Marshals Service sees fit, including sale, in which case the proceeds of the sale are to be applied first to the expenses of sale, and then to the expenses of forfeiture of the real property.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this ___2___ day of _____, 2005.

UNITED STATES DISTRICT JUDGE

Copies to: Tonya L. Shotwell, AUSA
Attorneys of Record